# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JASON ARNOLD ROHRICH, <br><br> Defendant. | CR 15-30-GF-BMM <br><br> **ORDER** |

Defendant Jason Rohrich (Rohrich) appeared before United States Magistrate Judge John Johnston on July 9, 2015, and entered a plea of guilty to Possession with Intent to Distribute Methamphetamine as charged in Count II of the Indictment. Judge Johnston entered Findings and Recommendations on July 9, 2015. (Doc. 25). Judge Johnston determined: (1) that Rohrich was fully competent and capable of entering an informed and voluntary plea; (2) that Rohrich was aware of the nature of the charges against him and the consequences of pleading guilty to Count II; (3) that Rohrich understood his constitutional rights, and the extent to which he was waving those rights by pleading guilty; (4) that Rohrich's plea of guilty was a knowing and voluntary plea supported by an independent basis in fact establishing each of the essential elements of the offense charged in Count II; (5) that Rohrich had adequate time to review the Plea

Agreement with counsel; and (6) that Rohrich understood each provision of the Plea Agreement. (Doc. 25 at 1-2). Judge Johnston recommended that this Court accept Rohrich's plea of guilty to Possession with Intent to Distribute Methamphetamine as charged in Count II. (Doc. 25 at 2). Neither party filed objections to Judge Johnston's Findings and Recommendations.

Given that no objections were filed, the Court has reviewed Judge Johnston's Findings and Recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). The Court finds no error in Judge Johnston's Findings and Recommendations, and adopts them in full.

Accordingly, IT IS ORDERED:

1. Rohrich's Motion to Change Plea (Doc. 17) is GRANTED.

2. The Court will defer acceptance of the Plea Agreement (Doc. 18) until sentencing, at which time the Court will have reviewed both the Plea Agreement and the Presentence Investigation Report.

DATED this 3rd day of August, 2015.

_____
Brian Morris
United States District Court Judge